**Order entered August 1, 2018**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00334-CV

### TONY GREEN, Appellant

### V.

### RELIABLE CHEVROLET II, LLC, Appellee

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-13832**

## ORDER

Appellee's brief is currently due August 8, 2018. Before the Court is appellee's July 31, 2018 unopposed motion seeking an extension of time to file its brief. We **GRANT** the motion **TO THE EXTENT** that appellee shall file a brief by **September 7, 2018**.

/s/    CAROLYN WRIGHT
CHIEF JUSTICE